AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

ADAM FREEMAN

JUDGMENT IN A CIVIL CASE

Plaintiff

V.

CASE NUMBER: 07-2102-JWL

BNSF RAILWAY COMPANY,

Defendant

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

pursuant to the Memorandum and Order filed on June 6, 2008, that the plaintiff shall take nothing, that the action be dismissed on the merits, and the defendant BNSF Railway Company shall recover of plaintiff Adam Freeman its costs of action.

| June 6, 2008 | TIMOTHY M. O'BRIEN |
|---|---|
| *Date* | *Clerk* |

s/Sharon Scheurer

*(By) Deputy Clerk*